IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JOHN L. SMITH  **Debtors** | |
| | CHAPTER 13 |
| SANTANDER CONSUMER USA INC.  **Moving Party** | Case No.: 23-12838 (MDC) |
| v. | **Hearing Date: 2-20-24 at 10:30 AM** |
| JOHN L. SMITH  IVI ROBINSON  **Respondents** | 11 U.S.C. 362 |
| | 11 U.S.C. 1301 |
| KENNETH E. WEST  **Trustee** | |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2018 Chevrolet Cruze** bearing vehicle identification number 1G1BC5SM5J7143265 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated:    February 20, 2024

_____
UNITED STATES BANKRUPTCY JUDGE